UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RENEE CHRISTINE CORNEJO,<br><br>　　　　　　Defendant. | Case No.:  3:13-cr-01340-JAH-1<br><br>**ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

　　　　On August 1, 2025, Defendant Renee Christine Cornejo ("Defendant") filed an unopposed motion for early termination of supervised release.  ECF No. 69. Defendant represents that both the United States Probation Officer and the Assistant United States Attorney assigned to the matter have been informed and neither oppose Defendant's request for early termination. *Id.* at 1.

　　　　On September 27, 2013, the Court sentenced the Defendant to a period of custody of 60 months and supervised release for four years.  ECF No. 40.  While Defendant had violated the terms of her supervised release on two instances after completing her custodial sentence, Defendant has had no violations since March 22, 2023.  ECF No. 64.  On March 22, 2023, Defendant admitted to entering the Republic of Mexico without permission of her Probation Officer, and the Court imposed a sentence of time served and an additional period of 36 months of supervised release for the Defendant.  *Id.*  Defendant represents that, since her last

appearance before this Court, Defendant has maintained sobriety, found stable housing, regained custody of her child, continued her employment, and began work at a faith-based transitional housing program for women and children. ECF No. 69 at 3. Defendant also represents that she is currently pursuing an associate's degree and completing coursework in addiction and disorder studies at Imperial Valley College, with an expected graduation date in the fall of 2026. *Id*.

Finding no objection by the United States or the Probation Office, the Court accordingly ORDERS that Defendant's motion for early termination of supervised release is granted pursuant to 18 U.S.C. § 3583(e)(1).

**IT IS SO ORDERED**.

DATED: August 4, 2025

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE